IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leesa Jacobson and Peter Ragan,<br><br>    Plaintiffs,<br><br>vs.<br><br>United States Department of Homeland Security; United States Customs and Border Protection, United States Office of Border Patrol, *et al.*,<br><br>    Defendants. | No. CV-14-02485-TUC-BGM<br><br>**ORDER** |

    Currently pending before the Court the Government's Consent Motion for Extension of Time to Respond to Plaintiffs' Motion for Preliminary Injunction and to Answer (Second Request) (Doc. 32) and Consent Motion for Leave to Exceed Page Limit (Doc. 33).

    Having reviewed the same, and good cause appearing, IT IS HEREBY ORDERED that both of the Government's motions (Doc. 32 & 33) are GRANTED.  The Clerk of the Court shall file the Government's Lodged: Proposed Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (Doc. 34) and it is deemed timely filed.

    IT IS FURTHER ORDERED that oral argument shall be heard in this matter at **10:00 a.m. on Tuesday, April 21, 2015** before the Honorable Bruce G. Macdonald, Courtroom 5C, Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street, Tucson, Arizona.

    DATED this 27th day of February, 2015.

_____
Bruce G. Macdonald
United States Magistrate Judge