Winslow Taub*
Tracy O. Zinsou*
Ethan Forrest*
Covington & Burling LLP
1 Front Street
San Francisco, CA 94111-5356
T:  (415) 591-6000
*wtaub@cov.com*
*tzinsou@cov.com*
*eforrest@cov.com*

* *Admitted pro hac vice*
** *Admitted pursuant to Ariz. Sup. Ct. R. 38(f)*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| LEESA JACOBSON, PETER RAGAN,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS & BORDER PROTECTION, UNITED STATES OFFICE OF BORDER PATROL, ET. AL.,<br><br>    *Defendants*. | **Case No.:** 4:14-cv-02485-BGM<br><br>**NOTICE OF NAME CHANGE** |

TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, the name of Tracy O. Ebanks has changed to Tracy O. Zinsou effective as of June 16, 2015.

DATED this 16th day of June, 2015.

        COVINGTON & BURLING, LLP
        */s/ Tracy O. Zinsou*
        Winslow Taub
        Tracy O. Zinsou
        Ethan Forrest
        1 Front Street, 35th Floor
        San Francisco, CA 94111

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

Dated:　　　June 16, 2015
　　　　　　 San Francisco, California

　　　　　　　　　　　　　　　　　　　*/s/ Tracy O. Zinsou*
　　　　　　　　　　　　　　　　　　　Tracy O. Zinsou

2