# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leesa Jacobson, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>United States Department of Homeland Security, *et al.*,<br><br>    Defendants. | No. CV-14-2485-TUC-BGM<br><br>**ORDER** |

Pursuant to the Parties' Joint Stipulation for Voluntary Dismissal With Prejudice (Doc. 228), IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE with each side to bear its own fees, including attorneys' fees, and costs. **The Clerk of the Court shall close its file in this matter.**

Dated this 15th day of September, 2021.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge